UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES D. DEANGELO,

    Plaintiff,

v.   Case No. 3:14cv199/LC/CJK

STACY M. BUTTERFIELD, et al.,

    Defendants.
_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated April 28, 2014.  (Doc. 5).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of the objections timely filed.

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted as the opinion of the court.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation (doc 5) is adopted and incorporated by reference in this order.

2. This case is TRANSFERRED to the United States District Court for the Middle District of Florida.

3. The clerk shall close this file.

**ORDERED** on this 2nd day of June, 2014.

                                             s/ *L.A. Collier*
                                             Lacey A. Collier
                                        Senior United States District Judge